WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 FEB 10 11:55USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**BRUCE WILDE,**

  Plaintiff,

vs.

**COMMISSIONER of Social Security,**

  Defendant.

CV # 05-330-PK

ORDER

Attorney fees in the amount of $4,500.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 10th day of February, 2006.

_____
United States ~~District~~ Judge
MAGISTRATE

Submitted on February 7, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1